No. 14-20394

––––––––––––––––––––––––––

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

––––––––––––––––––––––––––

**IN RE JSW STEEL (USA) INCORPORATED**,
*Petitioner.*

––––––––––––––––––––––––––

On Petition for Writ of Mandamus from the
United States District Court, Southern District of Texas
Houston Division, Civil Action No. 4:12-cv-01227

––––––––––––––––––––––––––

**APPENDIX TO
PETITIONERS ARTHUR J. MOORE AND
AMERICAN ALLOY STEEL, INC.'S
MOTION TO JOIN IN PETITIONER JSW STEEL (USA)
INCORPORATED'S PETITION FOR WRIT OF MANDAMUS**

––––––––––––––––––––––––––

Chris Hanslik
*chanslik@boyarmiller.com*
BOYAR MILLER
4265 San Felipe, Suite 1200
Houston, TX 77027
Telephone:  (713) 850-7766
Telecopier:  (713) 552-1758

Anne M. Rodgers
*anne.rodgers@nortonrosefulbright.com*
Joy M. Soloway
*joy.soloway@nortonrosefulbright.com*
William R. Pakalka
*william.pakalka@nortonrosefulbright.com*
Geraldine W. Young
*Geraldine.young@nortonrosefulbright.com*
FULBRIGHT & JAWORSKI LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246

**ATTORNEYS FOR PETITIONERS ARTHUR J. MOORE AND
AMERICAN ALLOY STEEL, INC.**

# APPENDIX

| TAB | ITEM | DIST. CT. DOC NO. |
|-----|------|-------------------|
| 1 | Arthur J. Moore and American Alloy Steel, Inc.'s Joinder in Defendant JSW's Motion Under Rules 62(f) and 69(a) to Set Amount of Supersedeas Bond at $25 Million (05/15/2014) | 555 |
| 2 | Arthur J. Moore and American Alloy Steel, Inc.'s Joinder in Defendant JSW Steel (USA) Inc.'s Reply in Support of Motion to Set Amount of Supersedeas Bond at $25 Million (05/31/2014) | 631 |
| 3 | Defendants Arthur J. Moore and American Alloy Steel, Inc.'s Notice of Appeal (06/25/2014) | 664 |
| 4 | Agreed Motion to Extend Stay of Execution as to Defendant JSW Steel (USA) Inc. (06/20/2014) | 658 |
| 5 | Agreed Motion to Extend Stay of Execution as to Defendants Arthur J. Moore and American Alloy Steel, Inc. (06/25/2014) | 667 |
| 6 | Order Granting Agreed Motion to Extend Stay of Execution as to Defendant JSW Steel (USA) Inc. (06/24/2014) | 663 |
| 7 | Order Granting Agreed Motion to Stay Execution as to Defendants Arthur J. Moore and American Alloy Steel, Inc. (06/26/2014) | 671 |

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25, I hereby certify that, on this 30th day of June 2014, I served a copy of the foregoing document on counsel for Petitioner, Respondent, and all Other Interested Parties via e-mail, after counsel consented in writing to be served by electronic means, as authorized by Federal Rule of Appellate Procedure 25(c)(1)(D), and on the district court judge, the Nominal Respondent, by hand delivery at the address listed below.

**Counsel for Respondent MM Steel LP:**

Mr. Reagan William Simpson
*rsimpson@yetttercoleman.com*
Mr. Marc M. Tabolsky
*mtabolsky@yettercoleman.com*
Yetter Coleman LLP
909 Fannin, Suite 3600
Houston, TX 77010

**Counsel for Petitioner JSW Steel (USA) Incorporated:**

Mr. Hunter Mac Barrow
*hunter.barrow@tklaw.com*
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, TX 77002

Mr. Gregory S.C. Huffman
*gregory.huffman@tklaw.com*
Mr. Scott P. Stolley
*scott.stolley@tklaw.com*
Ms. Nicole Williams
*nicole.williams@tklaw.com*
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201

Mr. Roger D. Townsend
*rtownsend@adjtlaw.com*
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
1844 Harvard Street
Houston, TX 77008

Ms. Dana Livingston
*dlivingston@adjtlaw.com*
Ms. Marcy Hogan Greer
*mgreer@adjtlaw.com*
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, TX 78701

**Counsel for Reliance Steel & Aluminum Co. and Chapel Steel Corp.:**

Mr. Karl S. Stern
*kstern@velaw.com*
Ms. Marie R. Yeates
*myeates@velaw.com*
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002

Mr. Travis R. Wimberly
*twimberly@velaw.com*
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746

**Counsel for Nucor Corp.:**

Ms. Lisa Schiavo Blatt
*lisa.blatt@aporter.com*
Mr. Robert J. Katerberg
*robert.katerberg@aporter.com*
Ms. Elisabeth S. Theodore
*elisabeth.theodore@aporter.com*
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004

**Nominal Respondent:**

Honorable Kenneth M. Hoyt
U.S. District Judge
Southern District of Texas, Houston Division
Courtroom No. 11A
515 Rusk Avenue, Room 11-144
Houston, TX 77002

*/s/ Anne M. Rodgers*
Anne M. Rodgers

# APPENDIX 1

**Doc. 555 - Arthur J. Moore and American Alloy Steel, Inc.'s Joinder in Defendant JSW's Motion Under Rules 62(f) and 69(a) to Set Amount of Supersedeas Bond at $25 Million (05/15/2014)**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MM STEEL, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RELIANCE STEEL & ALUMINUM CO., | § | |
| CHAPEL STEEL CORP., AMERICAN | § | CIVIL ACTION NO. 4:12-CV-01227 |
| ALLOY STEEL, INC., ARTHUR J. | § | |
| MOORE, JSW STEEL (USA) INC., & | § | |
| NUCOR CORP., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ARTHUR J. MOORE AND AMERICAN ALLOY STEEL, INC.'S
JOINDER IN DEFENDANT JSW'S MOTION UNDER RULES 62(F) AND 69(A)
TO SET AMOUNT OF SUPERSEDEAS BOND AT $25 MILLION**

Under Rule 10(c) of the Federal Rules of Civil Procedure, defendants Arthur J. Moore and American Alloy Steel, Inc., join in and adopt and incorporate by reference Defendant JSW Steel (USA) Inc.'s Motion Under Rules 62(f) and 69(a) to Set Amount of Supersedeas Bond at $25 million.  Doc. 553.

Dated:  May 15, 2014.

Respectfully submitted,

Of Counsel:

Anne M. Rodgers
State Bar No. 17133025
Federal I.D. No. 12576
William R. Pakalka
State Bar No. 15420800
Federal I.D. No. 1572
Geraldine W. Young
State Bar No. 24084134
Federal I.D. No. 1725980
FULBRIGHT & JAWORSKI LLP
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246

*/s/ Chris Hanslik*

Chris Hanslik
Attorney-in-Charge
State Bar No. 00793895
Federal I.D. No. 19249
BOYAR MILLER
4265 San Felipe, Suite 1200
Houston, Texas 77027
Telephone:  (713) 850-7766
Telecopier:  (713) 552-1758
chanslik@boyarmiller.com

**Attorneys for Defendants Arthur J. Moore
and American Alloy Steel, Inc.**

## CERTIFICATE OF FILING AND SERVICE

I certify that on May 15, 2014, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

*/s/ Anne M. Rodgers*
Anne M. Rodgers

53588125.1

# APPENDIX 2

**Doc. 631 - Arthur J. Moore and American Alloy Steel, Inc.'s Joinder in Defendant JSW Steel (USA) Inc.'s Reply in Support of Motion to Set Amount of Supersedeas Bond at $25 Million (05/31/2014)**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MM STEEL, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RELIANCE STEEL & ALUMINUM CO., | § | |
| CHAPEL STEEL CORP., AMERICAN | § | CIVIL ACTION NO. 4:12-CV-01227 |
| ALLOY STEEL, INC., ARTHUR J. | § | |
| MOORE, JSW STEEL (USA) INC. & | § | |
| NUCOR CORP., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ARTHUR J. MOORE AND AMERICAN ALLOY STEEL, INC.'S
JOINDER IN DEFENDANT JSW STEEL (USA) INC.'S REPLY IN SUPPORT OF
MOTION TO SET AMOUNT OF SUPERSEDEAS BOND AT $25 MILLION**

Under Rule 10(c) of the Federal Rules of Civil Procedure, defendants Arthur J. Moore

and American Alloy Steel, Inc. join in and adopt and incorporate by reference Defendant JSW

Steel (USA) Inc.'s Reply in Support of Motion to Set Amount of Supersedeas Bond at

$25 million (Doc. 630) and any subsequent replies filed by JSW in support of its Motion (Doc.

553).

Dated:  May 31, 2014.

Respectfully submitted,

Of Counsel:

Anne M. Rodgers
State Bar No. 17133025
Federal I.D. No. 12576
William R. Pakalka
State Bar No. 15420800
Federal I.D. No. 1572
Geraldine W. Young
State Bar No. 24084134
Federal I.D. No. 1725980
FULBRIGHT & JAWORSKI LLP
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246

*/s/ Chris Hanslik*

Chris Hanslik
Attorney-in-Charge
State Bar No. 00793895
Federal I.D. No. 19249
BOYAR MILLER
4265 San Felipe, Suite 1200
Houston, Texas 77027
Telephone:  (713) 850-7766
Telecopier:  (713) 552-1758
chanslik@boyarmiller.com

**Attorneys for Defendants Arthur J. Moore
and American Alloy Steel, Inc.**

## CERTIFICATE OF FILING AND SERVICE

I certify that on May 31, 2014, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

*/s/ Geraldine W. Young*

Geraldine W. Young

53598685

2

# APPENDIX 3

**Doc. 664 - Defendants Arthur J. Moore and American Alloy Steel, Inc.'s Notice of Appeal (06/25/2014)**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MM STEEL, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RELIANCE STEEL & ALUMINUM CO., | § | |
| CHAPEL STEEL CORP., AMERICAN | § | CIVIL ACTION NO. 4:12-CV-01227 |
| ALLOY STEEL, INC., ARTHUR J. | § | |
| MOORE, JSW STEEL (USA) INC. & | § | |
| NUCOR CORP., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANTS ARTHUR J. MOORE AND
## AMERICAN ALLOY STEEL, INC.'S NOTICE OF APPEAL

Notice is hereby given that Arthur J. Moore ("Moore") and American Alloy Steel, Inc.

("American Alloy"), defendants in the above named case, appeal to the United States Court of

Appeals for the Fifth Circuit from the Final Judgment entered in this case on April 29, 2014

(Doc. 541), from the Amended Final Judgment entered in this action on June 1, 2014 (Doc. 632),

and from any and all orders intertwined with, subsumed in, or related to the Final Judgment and

the Amended Final Judgment, including, but not limited to, the following:

1.      Written order on December 7, 2012, denying defendants' motions to dismiss
(Doc. 69);

2.      Written order on October 31, 2013, denying defendants' motion to exclude the
testimony and report of plaintiff's expert James Mahoney (Doc. 272);

3.      Written order on October 31, 2013, denying defendants' motion to exclude the
testimony and report of plaintiff's expert Stephen P. Magee (Doc. 277);

4.      Written order on November 21, 2013, denying defendants' motions for summary
judgment (Doc. 323);

5.      Written order on February 4, 2014, denying defendants' objections to plaintiff's evidence and motion to exclude supplemental report of plaintiff's expert Stephen Magee and denying Defendants' motion to exclude supplemental report of plaintiff's expert James Mahoney (Doc. 407);

6.      Oral ruling from the bench on March 6, 2014, denying defendants' joint motion for judgment as a matter of law at the close of plaintiff's case under Federal Rule of Civil Procedure 50(a) (Docs. 469, 472);

7.      Written order on March 10, 2014, denying defendants' joint motion for judgment as a matter of law at the close of plaintiff's case under Federal Rule of Civil Procedure 50(a) (Doc. 478);

8.      Oral ruling from the bench on March 21, 2014, denying defendants' joint motion for judgment as a matter of law at the close of all evidence under Federal Rule of Civil Procedure 50(a) (Doc. 496);

9.      Memorandum Opinion and Order on March 21, 2014, denying defendants' joint motion for judgment as a matter of law at the close of all evidence under Federal Rule of Civil Procedure 50(a), and ordering that the case will be submitted to the jury (Doc. 504);

10.      Oral ruling from the bench on March 24, 2014, denying defendants' written (Doc. 507) and oral objections and requests regarding the Court's jury instructions and special interrogatories, including, but not limited to, Moore's individual objections to Interrogatories No. 1 and No. 2 in the Court's jury instructions (Doc. 506);

11.      Other rulings made during trial, including but not limited to any rulings regarding the admission or exclusion of evidence, and any rulings regarding improper jury argument or witness questioning by plaintiff's counsel;

12.      Written order on March 25, 2014, denying defendants' motion to strike improper argument by plaintiff's counsel and for supplemental curative instruction (Doc. 511);

13.      Written order on April 29, 2014, denying Moore and American Alloy's renewed motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(b) (Doc. 540);

14.      Written order on June 9, 2014, taxing costs (Doc. 641);

15.      Written order on June 9, 2014, denying motion under Rules 62(f) and 69(a) to set amount of supersedeas bond at $25 million, joined by Moore and American Alloy (Doc. 642);

16.      Written order on June 12, 2014, denying Moore and American Alloy's and other defendants' motions for new trial under Federal Rule of Civil Procedure 59(a) (Doc. 646); and

17.      Written order on June 12, 2014, granting plaintiff's motion for attorney's fees (Doc. 649).

53601716

Dated:  June 25, 2014.

Respectfully submitted,

Of Counsel:

Anne M. Rodgers
State Bar No. 17133025
Federal I.D. No. 12576
William R. Pakalka
State Bar No. 15420800
Federal I.D. No. 1572
Geraldine W. Young
State Bar No. 24084134
Federal I.D. No. 1725980
FULBRIGHT & JAWORSKI LLP
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246

*/s/ Chris Hanslik*

Chris Hanslik
Attorney-in-Charge
State Bar No. 00793895
Federal I.D. No. 19249
BOYAR MILLER
4265 San Felipe, Suite 1200
Houston, Texas 77027
Telephone:  (713) 850-7766
Telecopier:  (713) 552-1758
chanslik@boyarmiller.com

**Attorneys for Defendants Arthur J. Moore
and American Alloy Steel, Inc.**

## CERTIFICATE OF FILING AND SERVICE

I certify that on June 25, 2014, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

*/s/ Geraldine W. Young*

Geraldine W. Young

53601716

# APPENDIX 4

**Doc. 658 - Agreed Motion to Extend Stay of Execution as to Defendant JSW Steel (USA) Inc. (06/20/2014)**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MM STEEL, LP | § | |
|       Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12-cv-01227 |
| | § | |
| RELIANCE STEEL & ALUMINUM CO., | § | |
| CHAPEL STEEL CORP., AMERICAN | § | |
| ALLOY STEEL, INC., ARTHUR J. | § | |
| MOORE, JSW STEEL (USA) INC., | § | JURY DEMANDED |
| NUCOR CORP. & SSAB ENTERPRISES, | § | |
| LLC D/B/A SSAB AMERICAS, | § | |
|       Defendants. | § | |

## AGREED MOTION TO EXTEND STAY OF EXECUTION
## AS TO DEFENDANT JSW STEEL (USA) INC.

Defendant JSW Steel (USA) Inc. ("JSW") hereby moves for an extension of the present stay of execution of the judgment, and any steps related to execution, including but not limited to placing liens on any property of JSW, such stay to be effective a) from the date JSW files with the United States Court of Appeals a motion pursuant to Federal Rule of Appellate Procedure 8 and/or a petition for writ of mandamus as to the relief sought by JSW to set the amount of its supersedeas bond at $25 million, b) until 14 days after the United States Court of Appeals rules on JSW's motion and petition for a writ of mandamus. Plaintiff MM STEEL, LP agrees to the relief sought in this motion as set forth in the attached proposed order.

Dated: June 20, 2014

Respectfully submitted,

*/s/ Hunter M. Barrow*
Hunter M. Barrow
Attorney-In-Charge
State Bar No. 24025240
Federal I.D. No. 25828
hunter.barrow@tklaw.com
Wade A. Johnson
State Bar No. 24062197
Federal I.D. No. 1055556
wade.johnson@tklaw.com
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, Texas  77002
Telephone:  (713) 654-8111
Facsimile:  (713) 654-1871

Gregory S.C. Huffman
State Bar No. 10191500
Federal I.D. No. 9889
gregory.huffman@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 969-1144
Facsimile:  (214) 880-3286

**Attorneys for Defendants JSW Steel (USA) Inc.**

**AGREED:**

*/s/ Marc Tabolsky*

Marc S. Tabolsky
(mtabolsky@yettercoleman.com)
State Bar No. 24037576
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010
Telephone: (713) 632-8000
Facsimile: (713) 632-8002

**Attorneys for Plaintiff MM Steel Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2014, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

_/s/Hunter M. Barrow_
Hunter M. Barrow

10426149

United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| MM Steel, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| Reliance Steel & Aluminum Co., | § | |
| Chapel Steel Corp., American Alloy | § | Case No. 4:12-CV-01227 |
| Steel, Inc., Arthur J. Moore, | § | |
| JSW Steel (USA) Inc., & Nucor Corp., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND STAY OF
EXECUTION AS TO DEFENDANT JSW STEEL (USA) CO.**

On this day, the Court considered Defendant JSW Steel (USA) Inc.'s Agreed Motion to

Extend Stay of Execution as to Defendant JSW Steel (USA), Inc.  The Court is of the opinion

that the Motion should be granted.

It is therefore ORDERED that the Motion is GRANTED.  Under Federal Rule of Civil

Procedure 62, as to only Defendant JSW Steel (USA), Inc., the present stay of execution of the

judgment, and of any steps related to execution, including but not limited to placing liens on any

property of JSW, shall be extended and will continue, but the extension shall become effective

only upon  JSW filing with the United States Court of Appeals for the Fifth Circuit a motion

pursuant to Federal Rule of Appellate Procedure 8 and/or a petition for writ of mandamus as to

the relief sought by JSW to set the amount of its supersedeas bond at $25 Million pursuant to

Federal Rules of Civil Procedure 62(f) and 69(a) and state law.  The stay granted by this order

shall expire  14 days after the United States Court of Appeals for the Fifth Circuit  rules on

JSW's motion and petition for a writ of mandamus.  Absent a further order, no motion for

rehearing or reconsideration will extend the stay granted by this order.

SIGNED on this _____ day of _____, 2014.

_____

The Honorable Kenneth M. Hoyt
United States District Judge

# APPENDIX 5

**Doc. 667 - Agreed Motion to Extend Stay of Execution as to Defendants Arthur J. Moore and American Alloy Steel, Inc. (06/25/2014)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MM STEEL, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:12-CV-01227 |
| | § | |
| RELIANCE STEEL & ALUMINUM CO., | § | |
| CHAPEL STEEL CORP., AMERICAN | § | |
| ALLOY STEEL, INC., ARTHUR J. MOORE, | § | |
| JSW STEEL (USA) INC., NUCOR CORP. & | § | |
| SSAB ENTERPRISES, LLC D/B/A | § | |
| SSAB AMERICAS, | § | |
| | § | |
| Defendants. | § | |

## AGREED MOTION TO EXTEND STAY OF EXECUTION
## AS TO DEFENDANTS ARTHUR J. MOORE AND AMERICAN ALLOY STEEL, INC.

Defendants Arthur J. Moore and American Alloy Steel, Inc. move for an extension of the present stay of execution of the judgment, and any steps related to execution, including but not limited to placing liens on any property of Arthur J. Moore and American Alloy Steel.

The requested stay, which is the same as that previously granted to defendant JSW Steel (USA) Inc. ("JSW") (Doc. 663), would be effective (1) from the date Arthur J. Moore and American Alloy Steel file a joinder with the United States Court of Appeals in JSW's motion pursuant to Federal Rule of Appellate Procedure 8 and/or JSW's petition for writ of mandamus as to the relief sought by JSW, Arthur J. Moore, and American Alloy Steel to set the amount of its supersedeas bond at $25 million, (2) until 14 days after the United States Court of Appeals rules on JSW's motion and petition for writ of mandamus.

Plaintiff MM Steel, LP agrees to the relief sought in this motion as set forth in the attached proposed order.

Of Counsel:

Anne M. Rodgers
State Bar No. 17133025
William R. Pakalka
State Bar No. 15420800
Geraldine W. Young
State Bar No. 24084134
FULBRIGHT & JAWORSKI LLP
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246

/s/ Chris Hanslik
   Chris Hanslik
   State Bar No. 00793895
   Federal ID No. 19249
BOYAR MILLER
4265 San Felipe, Suite 1200
Houston, Texas  77027
Telephone:  (713) 850-7766
Telecopier:  (713) 552-1758

ATTORNEY-IN-CHARGE FOR DEFENDANTS
ARTHUR J. MOORE AND AMERICAN ALLOY
STEEL, INC.

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on June 25, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and served the foregoing document on all registered counsel of record.

   /s/ Anne M. Rodgers
   Anne M. Rodgers

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MM STEEL, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:12-CV-01227 |
| | § | |
| RELIANCE STEEL & ALUMINUM CO., | § | |
| CHAPEL STEEL CORP., AMERICAN | § | |
| ALLOY STEEL, INC., ARTHUR J. MOORE, | § | |
| JSW STEEL (USA) INC., NUCOR CORP. & | § | |
| SSAB ENTERPRISES, LLC D/B/A | § | |
| SSAB AMERICAS, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND STAY OF EXECUTION**

**<u>AS TO DEFENDANTS ARTHUR J. MOORE AND AMERICAN ALLOY STEEL, INC.</u>**

On this day, the Court considered defendants Arthur J. Moore and American Alloy

Steel's Agreed Motion to Extend Stay of Execution as to Defendants Arthur J. Moore and

American Alloy Steel.  The Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that the Motion is GRANTED.  Under Federal Rule of Civil

Procedure 62, as to only defendants Arthur J. Moore and American Alloy Steel, the present stay

of execution of the judgment, and of any steps related to execution, including but not limited to

placing liens on any property of Arthur J. Moore and American Alloy Steel, shall be extended

and will continue, but the extension shall become effective only upon Arthur J. Moore and

American Alloy Steel's filing with the United States Court of Appeals for the Fifth Circuit a

joinder in the motion of defendant JSW Steel (USA) Inc. ("JSW") pursuant to Federal Rule of

Appellate Procedure 8 and/or JSW's petition for writ of mandamus as to the relief sought by JSW, Arthur J. Moore, and American Alloy Steel to set the amount of its supersedeas bond at $25 Million pursuant to Federal Rules of Civil Procedure 62(f) and 69(a) and state law.

The stay granted by this order shall expire 14 days after the United States Court of Appeals for the Fifth Circuit rules on JSW's motion and petition for a writ of mandamus.  Absent a further order, no motion for rehearing or reconsideration will extend the stay granted by this Order.

SIGNED on this _____ day of _____, 2014.


_____
The Honorable Kenneth M. Hoyt
United States District Judge

# APPENDIX 6

**Doc. 663 - Order Granting Agreed Motion to Extend Stay of Execution as to Defendant JSW Steel (USA) Inc. (06/24/2014)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MM STEEL, LP, *et al*,                          §
                                                §
        Plaintiffs,                             §
VS.                                             §     CIVIL ACTION NO. 4:12-CV-1227
                                                §
RELIANCE STEEL & ALUMINUM CO., *et al*,         §
                                                §
        Defendants.                             §
                                                §

**ORDER GRANTING AGREED MOTION TO EXTEND STAY
OF EXECUTION AS TO DEFENDANT JSW (USA) CO.**

On this day, the Court considered the defendant, JSW Steel (USA) Inc.'s agreed motion to extend stay of execution as to defendant JSW Steel (USA), Inc. The Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that the motion is GRANTED. Under Federal Rule of Civil Procedure 62, as to only the defendant, JSW Steel (USA), Inc., the present stay of execution of the judgment, and of any steps related to execution, including but not limited to placing liens on any property of JSW, shall be extended and will continue, but the extension shall become effective only upon JSW filing with the United States Court of Appeals for the Fifth Circuit a motion pursuant to Federal Rule of Appellate Procedure 8 and/or a petition for writ of mandamus as to the relief sought by JSW to set the amount of its supersedeas bond at $25 Million pursuant to Federal Rules of Civil Procedure 62(f) and 69(a) and state law.

The stay granted by this Order shall expire 14 days after the United States Court of Appeals for the Fifth Circuit rules on JSW's motion and petition for a writ of mandamus.

Absent a further order, no motion for rehearing or reconsideration will extend the stay granted by this Order.

SIGNED on this 24th day of June, 2014.

_____
Kenneth M. Hoyt
United States District Judge

# APPENDIX 7

**Doc. 671 - Order Granting Agreed Motion to Stay Execution as to Defendants Arthur J. Moore and American Alloy Steel, Inc. (06/26/2014)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MM STEEL, LP, *et al*,                         §
                                               §
          Plaintiffs,                          §
VS.                                            §        CIVIL ACTION NO. 4:12-CV-1227
                                               §
RELIANCE STEEL & ALUMINUM CO., *et*            §
*al*,                                          §
                                               §
          Defendants.                          §

## ORDER GRANTING AGREED MOTION TO STAY EXECUTION AS TO DEFENDANTS ARTHUR J. MOORE AND AMERICAN ALLOY STEEL, INC.

On this day, the Court considered the defendants, Arthur J. Moore and American Alloy Steel's agreed motion to extend stay of execution as to defendants Arthur J. Moore and American Alloy Steel. The Court is of the opinion that the motion should be granted.

It is therefore ORDERED that the motion is GRANTED. Under Federal Rule of Civil Procedure 62, as to only defendants Arthur J. Moore and American Alloy Steel, the present stay of execution of the judgment, and of any steps related to execution, including but not limited to placing liens on any property of Arthur J. Moore and American Alloy Steel, shall be extended and will continue, but the extension shall become effective only upon Arthur J. Moore and American Alloy Steel's filing with the United States Court of Appeals for the Fifth Circuit a joinder in the motion of defendant JSW Steel (USA) Inc. ("JSW") pursuant to Federal Rule of Appellate Procedure 8 and/or JSW's petition for writ of mandamus as to the relief sought by JSW, Arthur J. Moore, and American Alloy Steel to set the amount of its supersedeas bond at $25 Million pursuant to Federal Rules of Civil Procedure 62(f) and 69(a) and state law.

The stay granted by this Order shall expire 14 days after the United States Court of Appeals for the Fifth Circuit rules on JSW's motion and petition for a writ of mandamus. Absent

1 / 2

a further order, no motion for rehearing or reconsideration will extend the stay granted by this Order.

SIGNED on this 26th day of June, 2014.

_____
Kenneth M. Hoyt
United States District Judge