IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-20394
_____

In re: JSW STEEL (USA) INCORPORATED,

    Petitioner

_____

Petition for a Writ of Mandamus to the
Southern District of Texas, Houston
_____

Before JONES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.